UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION** |
| **VERSUS** | **NO: 13-5920-JCZ-SS** |
| **DAVID P. KINNEY** | |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that the Petition to Enforce Internal Revenue Service Summons (Rec. doc. 1) is GRANTED and respondent, David P. Kinney, is ORDERED to comply with the summons on or before **January 31, 2014.**

December 6, 2013

_____
**United States District Judge**